IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

OSCAR JAMESON STOKES, M.D.

Defendant.

Criminal Indictment No.

1:14-CR-290-TWT-GGB

## BILL OF PARTICULARS

The United States of America, by Sally Quillian Yates, United States Attorney, and Michael J. Brown, Assistant United States Attorney for the Northern District of Georgia, hereby files a Bill of Particulars specifying certain property subject to forfeiture under the forfeiture provision of the above-captioned indictment:

a. Real property located at 456 Woodliff Place, Milton, Fulton County, Georgia, and all buildings, appurtenances, improvements and attachments thereon;

b. $1,875.976.65 in funds seized from Bank of America account no. XXXXXXXX6010;

c. $225,830.24 in funds seized from Bank of America account no. XXXXXXXX6036;

d. $177,628.66 in funds seized from Bank of America account no. XXXXXXXX9849;

e. $17,100.69 in funds seized from Bank of America account no. XXXXXXXX6028;

f. $99,972.26 in funds seized from Wells Fargo bank account no. XXXXXX9978; and

g. $12,396.00 in United States currency seized on or about August 7, 2014 at 1300 Upper Hembree Rd, Building 100, Suite B, Roswell, Georgia.

Respectfully submitted,

SALLY QUILLIAN YATES
*United States Attorney*

/s/Michael J. Brown
*Assistant United States Attorney*
Georgia Bar No. 064437
michael.j.brown2@usdoj.gov

**Certificate of Service**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

September 29, 2014

/s/ Michael J. Brown

Michael J. Brown

Assistant United States Attorney