IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

OSCAR JAMESON STOKES, M.D.,
et al.,

    Defendants.

CRIMINAL FILE NO.
1:14-CR-290-1-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 127] of the Magistrate Judge recommending that the Defendants' Motions to Suppress should be denied. In their Objections to the Report and Recommendation, the Defendants restate and repeat the arguments made to and rejected by the Magistrate Judge in his thorough and well-reasoned Report and Recommendation. The search warrants used appropriate words of incorporation when referring to an exhibit that described the items subject to the search. There was adequate probable cause to warrant issuance of the search warrants. The witness Cheryl Thomas was not acting as an agent for the government at the time she took the photographs. The video recordings made by Tameka Stokes were made with valid consent. The taking of the photographs and video recordings were not illegal and

subject to suppression. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Oscar Stokes's Motion to Suppress Evidence and for Return of Seized Property [Doc. 24] is DENIED. The Defendant Oscar Stokes's Motion to Suppress Evidence Obtained by the Government's Source of Information [Doc. 30] is DENIED. The Defendant Tashawna Stokes's Motion to Suppress Evidence [Doc. 82] is DENIED.

SO ORDERED, this 14 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge