IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

OSCAR JAMESON STOKES, M.D.,

  Defendant.

CRIMINAL FILE NO.
1:14-CR-290-1-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 147] of the Magistrate Judge recommending that the Defendant's Motion for Return of Property or Motion for a Hearing [Doc. 135 & 145] be denied. The Defendant's Objections are without merit for the reasons stated in the thorough and well-reasoned Report and Recommendation. The Defendant's Motion for Return of Property or Motion for a Hearing [Doc. 135 & 145] is DENIED.

SO ORDERED, this 30 day of November, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge