IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION FILE NO. |
| v. | |
| | 1:14-CR-290-TWT-JKL |
| OSCAR JAMESON STOKES, M.D. TASHAWNA DENISE STOKES, M.D. | |

## ORDER

Pending before Court is Defendant Tashawna Stokes's Motion to Sever Defendant [Doc. 160] and Motion to Restrict and Exclude the Testimony of Dr. Ted Parran, or in the Alternative, Motion to Compel the Government to Produce Additional Information concerning Dr. Parran's Purported "Random" Selection [Doc. 161]. Also pending before the Court is Defendant Oscar Stokes's Motion to Adopt Co-Defendant's motion to restrict and exclude testimony of Dr. Ted Parran, or in the alternative, motion to compel. [Doc. 162.] Defendant Oscar Stokes's motion to adopt [162] is **GRANTED.**

The government is **DIRECTED** to file a response to Defendant Tashawna Stokes's motions on or before **February 28, 2018**. Defendants may file a reply on or before **March 7, 2018.**

IT IS SO ORDERED this 7th day of February, 2018.

_____
JOHN K. LARKINS III
United States Magistrate Judge