| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:14-cr-00290-TWT-JKL |
| OSCAR JAMESON STOKES | : | |
| TASHAWNA DENISE STOKES | : | |
| | : | |

## NOTICE OF THE GOVERNMENT'S INTENTION
## TO INTRODUCE EVIDENCE PURSUANT TO RULE 404(b)

Notice is hereby given of the intention of the United States of America to introduce evidence of the following matters during the trial of the above-captioned case. More specifically, the Government will seek to introduce at trial evidence regarding the following:

**A.** The facts and circumstances surrounding Defendant Oscar STOKES's allegedly fraudulent activity while working at the Alabama Pain Clinic (APC), a pain management clinic operating in Huntsville, Alabama. Specifically, before opening his own pain clinic, Innovative Pain Management Center, Oscar STOKES was a primary prescribing physician at the APC. During its operation, authorities investigated APC for suspicious prescribing and billing practices. Additionally, patients of APC complained to law enforcement authorities about Oscar STOKES prescribing practices, specifically. This notice is based on

facts and circumstances set out in investigative reports.

**B.** The facts and circumstances surrounding Tashawna STOKES's allegedly illicit signing of another physician's name on a prescription for a controlled substance. While working at IPMC, Tashawna STOKES, a licensed physician, routinely signed another person's name on prescriptions, including those for Scheduled II controlled substances. For example, on July 10, 2014, law enforcement officers surveilled Oscar STOKES as he travelled to Columbus, Georgia (approximately 134 miles away) to conduct business. At the same time, a law enforcement officer acting in an undercover capacity visited IPMC posing as a patient. The purpose of the visit was to determine if IPMC was issuing controlled substances when Oscar STOKES, the primary prescribing physician, was absent from the clinic. To confirm whether the prescriptions were simply pre-signed, the undercover officer requested to be prescribed a different painkiller than what he had been written for during his previous visit. Ultimately, the undercover officer was issued a prescription for a different painkiller (signed by Oscar STOKES) at a time when Oscar STOKES was not in the clinic. Another example: on July 25, 2014, an employee of IPMC

acting as a confidential informant captured covert audio/video footage of what she claims to be Tashawna STOKES signing prescriptions for patients she had not examined and whose chart she had not reviewed. The name signed at the bottom of those prescriptions was that of Oscar STOKES. Accordingly, this notice is based on facts and circumstances set out in investigative reports, and captured in covert audio/video recordings.

The above-mentioned activity is similar to the case before the Court and bears on the Defendant's motive, intent, preparation, plan, and knowledge, as well as absence of mistake or accident. The Government hereby places the Defendant on notice that it may attempt to introduce evidence of the aforesaid similar conduct in case number 1:14-cr-00290 at trial, and may rely on Federal Rule of Evidence 404(b) to do so.

**[CONTINUED ON NEXT PAGE]**

Although the Government submits that such uncharged conduct described herein is evidence that is both relevant to, and inextricably intertwined with, the indicted offenses in this case, it nonetheless files this Rule 404(b) notice out of an abundance of caution.

Respectfully submitted,

BYUNG J. PAK
UNITED STATES ATTORNEY

*/s/ Brock Brockington*
C. BROCK BROCKINGTON
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 581-6000 (office)
(404) 581-6171 (fax)
Georgia Bar No. 775084

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA :
                              :          CRIMINAL ACTION
        v.                    :
                              :          NO. 1:14-cr-00290-TWT-JKL
OSCAR JAMESON STOKES          :
TASHAWNA DENISE STOKES        :
                              :

CERTIFICATE OF SERVICE AND OF COMPLIANCE

This is to certify that I have this day caused a copy of the within and foregoing

Notice of the Government's Intention to Introduce Evidence Pursuant to Rule 404(b)

to be served on the Defendants' counsel of record by causing a copy of same to be

sent to Defendants' counsel of record to be filed with the Court's electronic filing

system:

> Page Pate
> Jess Johnson
> *Counsel for Oscar Stokes*
>
> Carl Lietz
> *Counsel for Tashawna Stokes*

This 15th day of July, 2019.

> */s/ Brock Brockington*
> C. Brock Brockington
> Assistant United States Attorney
> Brock.Brockignton@usdoj.gov