IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
|  | : |  |
|  | : | No: 1:14-cr-0290-TWT-JKL |
| v. | : |  |
|  | : |  |
| OSCAR JAMESON STOKES, M.D. | : |  |
| TASHAWNA DENISE STOKES, M.D. | : |  |
|  | : |  |

**GOVERNMENT'S RESPONSE TO DEFENDANT STOKES' MOTION TO
EXCLUDE THE GOVERNMENT'S PROPOSED EXHIBITS**

Comes now the United States of America, by and through its counsel, Byung J. Pak, United States Attorney for the Northern District of Georgia, and C. Brock Brockington, Assistant United States Attorney, and respectfully submits this Response to Defendant's Motion to Exclude the Government's Proposed Exhibits. The Government shows as follows:

**DEFENDANT'S MOTION TO EXCLUDE**

On July 22, 2019, Defendant moved to exclude the Government's proposed exhibits. Defendant argued that the Government's proposed exhibit list identified evidence that the Government had not produced, and that other proposed exhibits on the Government's list were not sufficiently defined or identified. Specifically, Defendant cited several entries on the Exhibit List: "Pole Camera Footage/Screenshots," "DOMEX analysis of prescribing patterns for IPMC," "IRS

records of IPMC," "IRS records of Stokes," "IPMC Employment Records," "Athena Screenshots," and "DEA Financial Analyst Summary of IPMC."

## ARGUMENT

The Government has produced all of the exhibits referenced by Defendant in his motion.  The "IRS records of IPMC," "IRS records of Stokes," "IPMC Employment Records," and "DEA Financial Analyst Summary of IPMC" were provided in a disc that was handed to defense counsel at the conclusion of the July 22, 2019 status conference.  The "DOMEX analysis of prescribing patterns for IPMC," and "Athena Screenshots" were produced via e-mail on July 22, 2019, after Defendant's motion was filed.  The "Pole Camera Footage/Screenshots" – which has been available to Defendant to inspect since at least October 1, 2015 – was sent to Defendant via Federal Express overnight delivery on July 23, 2019. Further, the Court in the original status conference acknowledged that the exhibit list could be supplemented in advance of trial, so long as Defendant has prior notice.  Accordingly, Defendant's motion should be denied as moot.

Respectfully Submitted,

BYUNG J. PAK
United States Attorney

*/s/ Brock Brockington*
C. BROCK BROCKINGTON
Assistant United States Attorney
Georgia Bar No. 775084
600 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
Office:   (404) 581-6000

# **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorney(s) of record:

Page Pate
Jess Johnson
*Counsel for Oscar Stokes*

Carl Lietz
*Counsel for TaShawna Stokes*

This 29th day of July, 2019.

*/s/ Brock Brockington*
C. BROCK BROCKINGTON
Assistant United States Attorney