IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

OSCAR JAMESON STOKES, M.D.
and TASHAWNA DENISE STOKES,
M.D.,

    Defendants.

CRIMINAL FILE NO.

1:14-CR-290-TWT

## **ORDER**

This is a criminal action. It is before the Court on the Government's Motion to Exclude Expert Testimony [Doc. 225]. The Government's motion to exclude the Defendant's experts on the grounds that the Rule 16 disclosures were untimely is denied. The disclosures complied with Local Rule 16.1. The disclosures barely comply with Rule 16(b)(1)(C). The Government's motion is granted to the extent that the Defendant's expert testimony will be strictly limited to the scope and substance of the disclosures. The Court takes the Government's request for a Daubert hearing under advisement. The Government's Motion to Exclude Expert Testimony [Doc. 225] is GRANTED in part and DENIED in part.

SO ORDERED, this 30 day of July, 2019.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge