FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 04 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: |
| | ) | |
| OSCAR JAMESON STOKES | ) | 1:14-cr-290-TWT-1 |
| | ) | |

## MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW, OSCAR JAMESON STOKES, and hereby files this motion for early termination of probation. In support of this filing, the undersigned shows as follows:

1.

On July 31, 2019, OSCAR JAMESON STOKES entered a guilty plea to the felony offense of violating 21 U.S.C. §§ 841(b)(1)(c) and 846.

2.

In connection with that guilty plea, the Court conducted a sentencing hearing on January 29, 2020. The Court imposed a seventy-two (72) month term of imprisonment to the Bureau of Prisons and upon release from imprisonment, a term of supervised release for three (3) years.

3.

At this point, Oscar Jameson Stokes has completed the imposed term of imprisonment with the Bureau of Prisons and has served over one (1) year of the three (3) year probationary period. He has completed all of the requirements the Court imposed upon him at the sentencing hearing.

4.

Importantly, throughout this probationary period, he has served as a volunteer tutor for students in kindergarten through 12th grade in Math, Science, and English. Also, he serves as a volunteer by cleaning and setting up tables and chairs in preparation for weekend health fairs in Stone Mountain, Georgia. Furthermore, he is an active member of North Point Community Church and has volunteered for local charities including North Fulton Community Charities.

5.

Moreover, and perhaps most importantly, during the entirety of his probationary period, Oscar Jameson Stokes remained employed and thrived as a parent and husband to his two young daughters and wife. He has successfully reintegrated as a member of the community.

8.

In sum, during this probationary period, Oscar Jameson Stokes has done everything that the Court has asked of him. He has future employment opportunities that are contingent upon a letter of release from probation.

9.

For the foregoing reasons, the undersigned respectfully requests that the Court grant this motion and terminate the remaining period of OSCAR JAMESON STOKES' probationary sentence.

Respectfully submitted this 4th day of October, 2024.

Oscar Jameson Stokes
456 Woodliff Place
Milton, Georgia 30004
Phone: 404-988-2847
Email: jstokesmd@yahoo.com