# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

OSCAR JAMESON STOKES, M.D.,

Defendant.

CRIMINAL ACTION NO.
1:14-cr-00290-1-TWT

## ORDER

This case is before the Court on Defendant's Petition to Terminate Supervised Release [Doc. 286]. For good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED, and Defendant Oscar Stokes' term of supervised release is TERMINATED.

SO ORDERED, this  1st  day of November, 2024.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE